BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7205
    FAX: (415) 436-7234
    chinhayi.cadet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00639 EMC |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FOR DEFENDANT ROBERT ANDERSON |
| v. | |
| ROBERT ANDERSON, | Hearing Date:     October 4, 2017 |
|     Defendant. | Requested Date:   December 13, 2017 |

**STIPULATION**

On March 9, 2016, the Court accepted Defendant Robert Anderson's guilty plea in the above-referenced matter and scheduled a status conference regarding sentencing for August 17, 2016, at 2:30 p.m. On August 16, 2016, the Court continued the status conference regarding sentencing pursuant to a stipulation and proposed order filed by counsel for Anderson and the government requesting said continuance in light of a then up-coming January 9, 2017 trial date scheduled for Anderson's co-defendant, Scott Steever.

On November 18, 2016, Steever pled guilty to Counts 1 and 2 of the Indictment in this matter,

and the Court scheduled Steever's sentencing for February 22, 2017. Due to health conditions experienced by Steever, by a stipulated order dated February 2, 2017, the Court continued Steever's sentencing to April 22, 2017. Due to Steever's anticipated surgery and post-surgery recovery issues, by a stipulated order dated On April 4, 2017, the Court continued Steever's sentencing to June 28, 2017.

At the sentencing hearing on June 28, 2017, due to Steever's medical situation, the Court continued Steever's sentencing to August 9, 2017. Due to continued medical-related issues, the Court again continued the sentencing hearing for Steever to take place on October 11, 2017.

Having met and conferred, counsel for Anderson and counsel for the government agree that re-setting the Anderson case for sentencing to take place after Steever's sentencing serves the interests of efficiency and preserving court resources.

IT IS HEREBY STIPULATED AND AGREED between the parties to this stipulation, with the Court's permission, that the sentencing hearing in the Anderson case scheduled for October 4, 2017 at 2:30 p.m., be continued to December 13, 2017, at 2:30 p.m.

Dated: September 5, 2017

_____/s/_____
PATRICK D. ROBBINS
MIKAEL A. ABYE
Attorneys for Defendant Robert Anderson

Dated: September 5, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____
CHINHAYI COLEMAN CADET
Assistant United States Attorney

## [PROPOSED] ORDER

For good cause shown, the Court Hereby Orders that Defendant Robert Anderson's sentencing hearing currently scheduled for October 4, 2017, at 2:30 p.m., is continued to December 13, 2017, at 2:30 p.m.

Date: September 5, 2017

_____
HONORABLE EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
/s/ Edward M. Chen
Judge Edward M. Chen

STIPULATION AND PROPOSED ORDER
CR 14-00639 EMC                                          2