# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Edward M. Chen | Time in Court: | 20 minutes |
| Date: | October 25, 2017 | | |
| Case No.: | **3:14-cr-00639-EMC-2** | | |

**United States of America**       v.       **Scott Steever**

        Defendant
☑ Present
☐ Not Present
☐ In Custody

Chinhayi Cadet                                    Candis L. Mitchell
U.S. Attorney                                       Defense Counsel

U.S. Probation:  Monica Romero

Deputy Clerk:  William Noble                        Reporter:  Pamela Batalo

### *PROCEEDINGS*

REASON FOR HEARING:     Sentencing

RESULT OF HEARING:

1. The Defendant is committed to the custody of the Bureau of Prisons for a term of 15 months consisting of 15 months each on Counts One and Two, all counts to be served concurrently; 3 years supervised release consisting of three years each on Counts One and Two, all with the special conditions set forth in the judgment.

2. The Defendant shall pay a special assessment in the amount of $200.00 due immediately. The Court finds the defendant does not have the ability to pay and orders the fine waived.

3. The Court ordered the Defendant to pay restitution in the amount of $283,689.16. The Court ordered that no interest accrue on the restitution amount.

Date: October 25, 2017

Case No.: 3:14-cr-00639-EMC-2

4. The Court recommends to the Bureau of Prisons the defendant be designated to a facility consistent with his classification that has appropriate medical care and is close to the San Francisco Bay Area.

5. This case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, but such future orders do not affect the defendant's responsibility for the future amount of the restitution ordered.

6. A self-surrender date of January 8, 2018 by 2:00 p.m. was set by the Court. The defendant shall surrender to his designated facility or to the United States Marshal by that date and time.

7. Government's motion to dismiss Counts Three through Nine is granted.